# ELECTRONIC RECORD

COA #   02-14-00158-CR          OFFENSE:   64.01

STYLE:   Allen F. Calton v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   AFFIRM          TRIAL COURT:   213th District Court

DATE: 06/25/15          Publish: NO   TC CASE #:   0843168D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Allen F. Calton v. The State of Texas          CCA #:   **822-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _____09/16/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**